# MorrisonCohen LLP

Aaron M. Schue
(212) 735-8871
aschue@morrisoncohen.com

December 2, 2019



DEC 03 2019

**VIA ECF**
Hon. Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Himelda Mendez v. Avenso Photo Art, Inc.*, 1:19-cv-08468-AJN
      Request for extension of time to answer or otherwise move against Complaint

Dear Judge Nathan:

*SO ORDERED*

This firm is counsel to Defendant Avenso Photo Art, Inc. in the above-captioned action. We write to request a second extension of time to respond to the Complaint; the first request was granted by Your Honor. The current answer due date is December 5, 2019. The new proposed date is forty-five (45) days from that date, or Tuesday, January 21, 2020 after the federal holiday. Plaintiff's counsel consents to the request.

The parties have discussed potential amicable resolutions to this matter with each other, including a significant discussion today. This request is sought to provide the parties with additional time to continue these discussions, as well as to investigate the claims and defenses that the parties have thus far presented. This requested extension of time does not affect any other date as the initial pretrial conference is scheduled for January 24, 2020.

Thank you for your consideration.

Respectfully submitted,

*/s/Aaron M. Schue*
Aaron M. Schue

SO ORDERED: 12/3/19

_____
Hon. Alison J. Nathan, U.S.D.J.

#9088991 v1 \020792 \0001